NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Joshua R. Wilner
BURSOR & FISHER, P.A.
1990 N. California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.: (925) 300-4455

ATTORNEY(S) FOR: Plaintiff Vishal Shah

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>EDWARD D. JONES & CO., L.P. d/b/a EDWARD JONES,<br>Defendant(s) | CASE NUMBER:<br>8:26-cv-364<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Vishal Shah or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Vishal Shah | 1. Plaintiff |
| 2. Edward D. Jones & Co., L.P. d/b/a Edward Jones | 2. Defendant |

February 18, 2026
Date

/s/ Joshua R. Wilner
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Vishal Shah